| DIST. | OFF. | YR. | NUMBER | MO | DAY | YEAR | J | N/S | O | PTF | DEF | 23 | $ DEMAND | JUDGE/MAG. NO. | COUNTY | JURY DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0869 | 4 | 86 | 4152 | 09 | 05 | 86 | 2 | 360 | 1 | | | | 3,000 | 6907 M | 46005 | P | 86 | 4152 |

**PLAINTIFFS**

LATHER, Denis

**DEFENDANTS**

✱ * BEADLE, County of, a public corporation;
✱ * SHERIDAN, James,
✱ * HOFFMAN, Steve
✱ * COMMUNITY Counselling Services, a South Dakota Corporation;
✱ * DAME, Frank L.
* HERMANN, H.T.
UNITED States of America

*Dism. on Remand 8-14-89
✱ Remanded to State Court, Third Judicial Circuit, Beadle County, South Dakota 12/6/89

*This action consolidated w/CIV85-4098 pursuant to Order of Judge Jones, 12/23/86

**CAUSE**

**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**

28 USC 2671, Federal Tort Claims Act & 28 USC 1346; Negligence case alleging negligence by Dfdt (one of them employed by U.S. Govt) in the care, custody, handling & transporting a mental patient resulting in personal injuries.

**ATTORNEYS**

Russell H. Battey
Gallagher & Battey Law Firm
615 North Main
PO Box 19
Redfield, SD 57469
472-2710

For United States of America:
Philip Hogen
U.S. Attorney

For Beadle County, James Sheridan & Steve Hoffman:
Ronald J. Wheeler
Wheeler Law Office
PO Box 1363
Huron, SD 57350
352-7154
✱ Remanded to State Court 12/6/89

For Community Counselling Services and Frank L. Dame:
Glen A. Severson
Fingerson & Severson
Suite 103 - Dakota Plaza
375 Dakota Avenue S.
Huron, SD 57350
352-8666
✱ Remanded to State Court 12/6/89

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| ☐ | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | CIV86-4152 PROCEEDINGS |
|---|---|---|
| 9/5/86 | 1 | CIVIL Cover Sheet filed. |
| 9/5/86 | 2 | COMPLAINT with Demand for Jury Trial filed. |
| 9/5/86 | | Issuing Summons. Mailed Russell H. Battey 7 copies of Complaint and 7 c copies of Summons for service. |
| 9-18-86 | 3 | ANSWER of Defendants Community Counseling Services and Frank L. Dame filed |
| 9-29-86 | 4 | ANSWER of Defendants Beadle County, James Sheridan and Steven Hoffman filed. |
| 9-29-86 | 5 | CERTIFICATE OF SERVICE filed. |
| 10-27-86 | 6 | ADMISSION OF SERVICE of Summons and Complaint from Dfdt USA filed |
| 10-27-86 | 7 | SHERIFF'S RETURN for H.T. Herman upon receipt of Summons and Complaint filed |
| 10-27-86 | 8 | SHERIFF'S RETURN for Beadle County, James Sheridan, Stephen Hofmann, Community Counseling Service and Frank Dame, Defendants, for receipt of Summons and Complaint filed |
| 10-27-86 | 9 | SUMMONS for Defendants filed (All Defendants have been served) |
| 11-12-86 | 10 | ANSWER of Government filed |
| 12-17-86 | 11 | MOTION by Government to Consolidate filed. |
| 12-23-86 | 12 | ORDER OF CONSOLIDATION and RULE 16 SCHEDULING ORDER filed (CIV85-4098 and CIV86-4152 are consolidated w/filings to be made in CIV86-4152; pretrial conference will be held on 10-26-87 @ 1:15 p.m.) |
| 12-23-86 | | Notice of Entry and copy of Order mailed to Russell H. Battey, Glen A. Severson, Ronald J. Wheeler, and delivered to U.S. Atty's office |
| 12-31-86 | 13 | MOTION by Beadle County, James Sheridan and Steve Hofmann to Determine Jurisdiction filed. |
| 12-31-86 | 14 | CERTIFICATE OF SERVICE filed. |
| 1987 | | |
| 1-22-87 | 15 | ORDER FINDING FEDERAL JURISDICTION filed. |
| 1-22-87 | | Notice of Entry and copy of Order mailed Russell H. Battey, Ronald J. Wheeler, Glen Severson and delivered John Ulrich. |
| 1-23-87 | 16 | NOTICE TO TAKE DEPOSITION filed |
| 1-23-87 | 17 | CERTIFICATE OF SERVICE filed |
| 1-22-87 | | Enter hearing on motion to determine jurisdiction before the Hon. John B. Jones, District Judge, Sioux Falls. Court grants |
| 1-22-87 | | PRETRIAL TELEPHONE CONFERENCE HELD |
| 2/17/87 | 18 | NOTICE of Deposition of H.T. Hermann, M.D. filed. |
| 2-23-87 | 19 | DEPOSITION SUBPOENA for Harland T. Hermann, M.D. returned and filed |
| 2/24/87 | 20 | DEPOSITION of Denis Lather taken on behalf of the Dfdts Beadle County, James Sheridan and Steve Hofmann on 2/10/87 filed. (not fastened in) |
| 5-12-87 | 21 | DEPOSITION of H. T. Hermann, taken on 3-18-87, on behalf of the Plaintiff, Filed (Not Fastened in) (Exhibit 1 received) |
| 5-12-87 | 22 | DEPOSITION of James Sheridan, taken on 3-18-87, on behalf of the Plaintiff, Filed (Not fastened in) (no exhibits received) |
| 5-12-87 | 23 | DEPOSITION of Steve Hofmann, taken on 3-18-87, on behalf of the Plaintiff, Filed (Not fastened in) (no exhibits received) |
| 5-12-87 | 24 | DEPOSITION of Frank L. Dame, taken on 3-18-87, on behalf of the Plaintiff, Filed (Not fastened in) (no exhibits received) |
| 6-24-87 | 25 | STIPULATION and ORDER of Amendment to Rule 16 Scheduling Order filed. |
| 6-24-87 | | Notice of Entry and copy of Order mailed Russell Battey, Ronald Wheeler, Glen Severson and delivered U. S. Attorney. |
| 7/27/87 | 26 | INTERROGATORIES of Plff to Dfdts (First Set) filed. |
| 7/29/87 | 27 | MOTION of Dfdts Beadle County, James Sheridan and Steve Hofmann for Summary Judgment filed. |
| 7/29/87 | 28 | STATEMENT of Facts filed. |
| 7/29/87 | 29 | BRIEF of Dfdts Beadle County, Sheridan and Hofmann in Support of Motion for Summary Judgment filed. |
| 7/29/87 | 30 | CERTIFICATE of Service filed. |
| 8/20/87 | 31 | DEPOSITION of Ella Bradfield taken on behalf of the Plff on 4/28/87 filed. (not fastened in) |
| 8/20/87 | 32 | DEPOSITION of Betty Lather taken on behalf of the Dfdts Community Counseling and Frank L. Dame filed. (not fastened in) |
| | | ---------- |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| Denis Lather | Beadle County | CIV86-4152<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | CIV86-4152 PROCEEDINGS |
|---|---|---|
| 8/20/87 | 33 | STATEMENT of Disputed or Controverted Facts filed. |
| 8/20/87 | 34 | BRIEF of Plff Resisting Motion for Summary Judgment filed. |
| 8/20/87 | 35 | AFFIDAVIT of Marv Ekeren in Resistance to Motion for Summary Judgment filed. |
| 8/20/87 | 36 | AFFIDAVIT of Betty Lather in Resistance to Motion for Summary Judgment filed. |
| 8/20/87 | 37 | AFFIDAVIT of Denis Lather in Resistance to Motion for Summary Judgment filed. |
| 8/20/87 | 38 | CERTIFICATE of Service filed. |
| 8-31-87 | 39 | ADDITIONAL STATEMENT of Defendants of Uncontroverted Facts filed |
| 8-31-87 | 40 | CERTIFICATE OF SERVICE Filed |
| 9-3-87 | 41 | AMENDED RULE 16 SCHEDULING ORDER filed (pretrial conference to be held and all Motions will be heard on Monday, 6/6/88 @ 1:15 p.m. w/trial date to be set at pretrial conference) |
| 9-3-87 | | Notice of Entry and copy of Scheduling Order mailed to Russell H. Battey, Ronald J. Wheeler, Glen A. Severson and delivered to U.S. Atty's office |
| 10-26-87 | 42 | ANSWERS of Defendant United States to First Set of Interrogatories filed |
| 11-6-87 | 43 | ANSWERS BY DEFENDANT COMMUNITY COUNSELING SERVICES AND FRANK L. DAME to First Set of Interrogatories filed |
| 11-18-87 | 44 | DEPOSITION of George K. Montgomery, taken on 8-12-87, on behalf of the Defendants Community Counselling SErvices and Frank L. Dame, Filed (not fastened in) |
| 11-18-87 | 45 | ANSWERS of Defendants Beadle County Public Corporation, James Sheridan and Steve Hofmann to Plaintiff's First Set of Interrogatories Filed |
| 11-24-87 | 46 | STIPULATION OF AMENDMENT to Rule 16 Scheduling Order filed |
| 12-10-87 | 47 | INTERROGATORIES to Plaintiff ( First Set) by Defendant Community Counseling Services and Frank L. Dame filed. |
| 1988 | | |
| 1-21-88 | 48 | DEPOSITION of Dr. David W. Bean, M.D., taken on 1-8-88, on behalf of the Plaintiff, Filed (not fastened in) |
| 3-2-88 | 49 | MOTION by Dfdt. Community Counseling Services and Frank L. Dame for Order Re-quiring Submission to Physical Examination by Plff. Filed |
| 3-2-88 | 50 | AFFIDAVIT of Glen A. Severson in Support of Motion for Order Requiring Submission to Physical Examination Filed |
| 3-2-88 | 51 | BRIEF of Dfdt. Community Counseling Services and Frank L. Dame in Support of Motion for Order Requiring Submission to Physical Examination Filed |
| 3-2-88 | 52 | CERTIFICATE of Service by Dfdt.Community Counseling SErvices & Dame Filed |
| 3-29-88 | 53 | STIPULATION and Order (unsigned) of Amendment To Rule 16 Scheduling Order filed. |
| 3-29-88 | 54 | SECOND AMENDED RULE 16 SCHEDULING ORDER filed (pretrial conference June 27, 1988 at 2:00 p.m. w/trial date to be set at pretrial conference) |
| 3-29-88 | | Notice of Entry and copy of Order mailed to Russell H. Battey, Ronald J. Wheeler, Glen A. Severson and delivered to U.S. Atty's office. |
| 3-30-88 | 55 | ANSWERS of Plaintiff to Defendant Community Counseling Services and Frank L. Dame Interrogatories (first set) filed. |
| 4-11-88 | 56 | AMENDED ANSWERS To Plaintiff's Interrogatories (first set) from Defendants, Beadle County, James Sheridan and Steve Hofmann. |
| 5 16 88 | 57 | DFDT United States MOTION To Dismiss or Alternatively for Summary Judgment Filed |
| 5 16 88 | 58 | MOTION Of Dfdt United States to Dismiss Against Dfdt. H.T. Hermann Individually Filed |
| 5 16 88 | 59 | CERTIFICATE Of Service Filed |
| 5-23-88 | 60 | MOTION FOR SUMMARY JUDGMENT by DfdtsCommunity Counseling Services & Frank Dame filed |
| 5-23-88 | 61 | MEMORANDUM IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT of Defendants Community Counseling Services, Inc. and Frank L. Dame filed |
| 5-23-88 | 62 | AFFIDAVIT of Duane Majeres filed |

See Volume II

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 86-4152 |
|---|---|---|
| Denis Lather | County of Beadle, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | VOLUME II |
| 5/31/88 | 63 | THIRD AMENDED RULE 16 SCHEDULING ORDER filed. (pretrial, 6-27-88 at 1:15) |
| 5/31/88 | | Notice of Entry and copy of Order mailed Russell Battey, Ronald Wheeler, Glen Severson and delivered U. S. Attorney. |
| 6/9/88 | 64 | BRIEF AND RESPONSE Of Plaintiff to Defendant United States' Motion to Dismiss or Alternatively For Summary Judgment and Motion to Dismiss Against Defendant H. T. Hermann, Individually filed |
| 6-14-88 | 65 | BRIEF and Response of Plaintiff to Motion For Summary Judgment of Defendants Community Counseling Services, Inc., and Frank L. Dame filed |
| 6-14-88 | 66 | MOTION Of Plaintiff to Extend Time to Respond To Summary Judgment Motion filed |
| 6-14-88 | 67 | AFFIDAVIT of Russell H. Battey in Support of Motion To Extend Time to Respond To Summary Judgment Motion filed |
| 6/27/88 | | Enter hearing on motions before the Hon. John B. Jones, District Judge. Court gra |
| 6/27/88 | 68 | ORDER granting motion to dismiss against H. T. Hermann; granting USA's motion for summary judgment; granting Community Counselling Services motion for summary judgment; granting Beadle County, Steve Hoffman & James Sheridan's motion for summary judgment filed. |
| 6/27/88 | | Correct copy entered in 1988 Southern Division Order Book, Page 136. |
| 6/27/88 | | Notice of Entry and copy of Order mailed Russell Battey, Ronald Wheeler, Glen Severson & delivered U. S. Attorney. |
| 6/27/88 | 69 | JUDGMENT granting summary judgment motions of USA, Community Counselling Services, Beadle County, Steve Hoffman & James Sheridan & dismissing as to H. T. Hermann filed. |
| 6/27/88 | | Correct copy entered in 1988 Southern Division Order Book, Page 137. |
| 6/27/88 | | Notice of Entry and copy of Judgment mailed Russell Battey, Ronald Wheeler, Glen Severson & delivered U. S. Attorney. |
| 7-12-88 | 70 | BILL OF COSTS filed by Ronald Wheeler for defendants Beadle County, James Sheridan and Steve Hofman. |
| 7-20-88 | 71 | WAIVER OF COSTS by USA filed |
| 7-22-88 | 72 | BILL OF COSTS filed by Glen Severson for defendants Community Counseling Serv. and Frank L. Dame |
| 7-25-88 | 73 | NOTICE OF APPEAL filed. |
| 7-25-88 | | Notice of Entry and copy of Notice of Appeal mailed Russell Battey, Ronald Wheeler, Glen Severson and delivered U. S. Attorney and delivered Barb Kolb, Court Reporter, 400 S. Phillips Ave., Sioux Falls, SD, telephone (605) 335-3732. |
| 7-25-88 | 74 | NOTICE AND ORDER REGARDING TRANSCRIPT filed. |
| 7-25-88 | 75 | CERTIFICATE OF SERVICE filed. |
| 7-26-88 | 76 | LETTER transmitting Notice of Appeal to U. S. Court of Appeals filed. |
| 7-26-88 | 77 | TRANSCRIPT Of Hearing on Motions Before the Hon. John B. Jones, June 27, 1988 at Sioux Falls, SD filed (not fastened in) |
| 8-9-88 | | Transcript filed 7-26-88 of Hearing on Motions transmitted to Court of Appeals in St. Paul. |
| 8-23-88 | | Enter Memo of Costs in JLD |
| 9-14-88 | 78 | REQUEST FOR TRANSMITTAL of Original Depositions to eighth Circuit Court of Appeals filed |
| 9-14-88 | 79 | CERTIFICATE OF SERVICE filed |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| Denis Lather | County of Beadle, et al. | CIV86-4152 PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-7-89 | 80 | OPINION of U.S. Court ofAppeals Filed |
| 8-7-89 | 81 | MANDATE of U.S. Court of Appeals vacating judgment of this court and remanding cause to District Court for further proceedings Filed |
| 8-7-89 | | Notice of Entry and copy of Mandate mailed Russell H. Battey, Ronald J. Wheeler and Glen A. Severson and del.U.S. Attorney |
| 8-7-89 | | Del. copy of Mandate to the Hon. John B. Jones, Judge |
| 8-10-89 | 82 | ORDER (1) that Dfdts. Beadle County, Sheridan, Hofmann, Community Counseling Services and Dame are dismissed for lack of jurisdiction (2) that USA is substituted for Dfdt. H. T. Hermann (3) that grant of summary judgment in favor of U.S. is vacated and set aside (4) that plaintiff's claim under the Federal Tort Claims Act will be tried at a later date Filed |
| 8-11-89 | | Notice of Entry and copy of Order mailed Russel H. Battey, Ronald J. Wheeler and Glen A. Severson and del. Philip Hogen |
| 8-14-89 | 83 | JUDGMENT (1) that Dfdts. Beadle County, Sheridan, Hofmann, Community Counseling Services and Dame are dismissed for lack of jurisdiction (2) that USA is substituted for Dfdt. H. T. Hermann (3) that grant of summary judgment in favor of U.S. is vacated and set aside (4) that plaintiff's claim under the Federal Tort Claims Act will be tried at a later date Filed |
| 8-14-89 | | Correct copy entered in 1989 S.D. Order Book, Page 185 |
| 8-14-89 | | Notice of Entry and copy of Order mailed Russel H. Battey, Ronald J. Wheeler and Glen A. Severson and del. Philip Hogen |
| 8-18-89 | 84 | ORDER of U.S. Court of Appeals that all costs of pendent parties should be rendered against Plaintiff/Appellant Denis Lather and that government shall pay their own costs Filed |
| 8-18-89 | | Notice of Entry and copy of Order mailed Russell H. Battey, Ronald J. Wheeler and Glen A. Severson and del. U.S. Attorney |
| 8/21/89 | 85 | MOTION by plaintiff for order remanding to state court filed. |
| 8/21/89 | 86 | MEMORANDUM OF LAW in support of motion for order remanding to state court. |
| 8/21/89 | 87 | CERTIFICATE OF SERVICE filed. |
| 8-30-89 | | Transcript and Depositions returned from Court of Appeals |
| 9/8/89 | 88 | BRIEF in Opposition to Motion For Remand. |
| 9/8/89 | 89 | CERTIFICATE of Service. |
| 9/18/89 | 90 | ORDER from Eighth Circuit Court of Appeals recalling the Mandate and directing District Court to remand this action to the State Court as to all party defendants with the exception of the U.S. |
| 9/18/89 | | Notice of Entry copy of Order mailed Russell H. Battey, Ronald J. Wheeler and Glen A. Severson and delivered U. S.Attorney |
| 12/6/89 | 91 | ORDER Vacating Order of Dismissal and Order of Remand (the portion of the Court's Order dated 8/10/89 dismissing dfdts Beadle County, a public corporation, James Sheridan, Steve Hoffman, Community Counseling Services, a South Dakota corporation and Frank L. Dame is vacated; This action is remanded to the Circuit Court for the Third Judicial Circuit for Beadle County, South Dakota as to all dfdts except H.T. Hermann and the United States of America for further disposition by the state court; the plff's claim against the United States of America under the Federal Tort Claims Act will be tried at a date to be fixed) |
| 12/6/89 | | Notice of entry and copy of Order mailed Russell H. Battey, Ronald J. Wheeler, Glen A. Severson and del. U.S. Attorney |
| 12/6/89 | | Correct copy of Order entered in 1989 SDOB, page 248 |
| 12/6/89 | | Certified copy of Order mailed Circuit Court for the Third Judicial Circuit for Beadle County, South Dakota |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CIV86-4152 |
|---|---|---|
| Denis Lather | Beadle County, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | CIV86-4152 PROCEEDINGS |
|---|---|---|
| 1990 | | |
| 5/21/90 | 92 | STIPULATION OF DISMISSAL with prejudice and without costs, attorney fees or expenses between Denis Lather, USA and on behalf of H.T. Hermann |
| 5/21/90 | 93 | ORDER OF DISMISSAL with prejudice and without costs, attorney fees or expenses as to Plaintiff Denis Lather and Defendants USA and H.T. Hermann (Dktd 5/21/90 |
| 5/21/90 | | Notice of Entry and copy of Order of Dismissal mailed to Russell H. Battey, Ronald J. Wheeler, Glen A. Severson and delivered to U.S. Atty, Sioux Falls |
| 10/22/91 | 94 | LETTER regarding depositions to Russell Battey. Depositions of Ella Bradfield, Frank L. Dame, Steve Hofmann, James Sheridan, H.T. Hermann, and David W. Bean returned by mail 10/22/91 |
| 12/10/91 | 95 | LETTER regarding depositions to Glen A. Severson. |
| 12/10/91 | 96 | LETTER regarding depositions to Ronald J. Wheeler. Depositions of Denis Lather, Betty Lather and George Montgomery destroyed |